Ex parte Barry Dwayne Minter

Case 6:23-cv-00466-ADA   Document 1   Filed 06/26/23   Page 1 of 6

FILED
June 26, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____lad_____
         DEPUTY

In the District Court

Waco County Texas.                    6:23CV466

To the Honorable Judge of said court:

Walter Smith Jr. US District Judge.

Comes now, In Re pro se, Barry Dwayne Minter Applicant. In the above-entitled and numbered cause. And applies to the court to issue a writ of Habeas corpus. And in support of such application shows:

Applicant is currently being held in the Alfred D. Hughes Unit, location of confinement by Governor Greg W. Abbott, (name) Sheriff of Travis County Texas for extradition to Wichita Falls Texas demanding state. By virtue of a warrant issued by the governor of the state of Texas. A copy of which is attached as Exhibit A and made a part

II

Applicant was arrested pursuant to the above-mentioned warrant of the governor of the State of Texas on 1-14-15 OPR# 39329 FFP. Jennifer Robinson - OPR# 38605, in Iowa Park, Wichita County, site. And has been confined continually since that date.

III

Said arrest and detention are unlawful and not a proper basis for the extradition of the applicant to the State of Coryell County, Texas. because,

Set forth one or more of the following grounds.

① The extradition papers supporting the extradition of the applicant are defective and not properly authenticated. In that, OPR# 38605 in mate Stephen 4!44 C+-2304 relevant statement record found, done by inmates allowed only for a warrant. requisition was not authenticated by the governor of the demanding state or anyone acting on behalf of the governor.

2). The Applicant has not been substantially charged with a crime in the State of — Iowa Park Tx. or Carroll county - Potter county, which is not a crime in Texas. (Absent a showing that it is a crime in the demanding state, the accused has not been charged with a crime.)

or.

3. The Applicant herein is not the same person named in the governors warrant. which do not exist. Pre-Revocation warrant.

4). The Applicant was not in Wichita Texas at the time the alleged offense was committed CpR no 30625 - Relevant state court Record - Murder of Stephen Tilly C.Y-2304

5). (The State of Texas, demanding state) has waived its jurisdiction over the accused in that completion of the sentence has discharged 49-670-D- offense 7289-0001 - PC.29.02 CpR No. 27076 (indictment) no 19783  8-26-15 Satis charge

DCC CXA 32US DCC ASW 7669.
8-1-14- TBT NO 289333 FBS non Relevant
Texas Arrest Data    3

Wherefore, the Applicant respectfully requests that the court grant this Application for a Writ of Habeas corpus, conduct an evidentiary hearing on this Application, and order the Applicant to be immediately discharged from illegal custody and restraint.

Respectfully submitted this the 16th day of June 23.

STATE OF TEXAS   APPLICANT.
County of Coryell.

Before me, the undersigned, unsworn Declaration. On this day personally appeared Barry Dwayne Minlee, who being by me duly sworn on oath stated:

I am the Applicant in the above-entitled and numbered cause. I have read the above Application for writ of habeas corpus, and I swear that every allegation of fact contained in the Application is within my personal knowledge and is true and correct.

Barry Dwayne Minlee Affiant

Subscribed and sworn to before me on the 19th day of June 23, to certify which witness my hand and official seal. Federal law, I Barry Dwayne Minlee being presently incarcerated in Gatesville, Texas, Coryell County declare under penalty of perjury that the foregoing is true and correct. Barry Dwayne Minlee

NAME MR. Barry Dwayne Minnfee
TDCJ # 1300468
HUGHES UNIT
3201 FM 929
GATESVILLE, TX 76597

AUSTIN TX 786
RIO GRANDE DISTRICT
22 JUN 2023   PM 4   L

RECEIVED
JUN 26 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____DEPUTY CLERK

Special
United States District Court
US Courthouse 800 Franklin Ave
Rm 301.
Waco, TX 76701

S

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE CORRECTIONAL
INSTITUTIONS DIVISION