IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| BARRY DWAYNE MINNFEE | § | |
| TDCJ No. 01300468 | § | |
| | § | |
| V. | § | W-23-CV-466-ADA |
| | § | |
| BOBBY LUMPKIN | § | |

## ORDER OF DISMISSAL

Before the Court is Petitioner Barry Dwayne Minnfee's pro se petition for writ of habeas corpus. Minnfee's petition is mostly disjointed, incoherent, and at times, illegible; he appears to seek help avoiding "extradition" to Wichita, Texas.

Mr. Minnfee's litigation history is long and voluminous. To date, he has filed 244 civil actions and appeals in the federal courts, including 80 petitions for writs of habeas corpus. He is also barred from proceeding in forma pauperis in civil actions under 42 U.S.C. § 1915(g). Further, several federal courts have imposed monetary sanctions and other filing requirements on Petitioner and, to date, Petitioner has failed to pay at least two of these monetary sanctions. *In re Barry Dwayne Minnfee*, No. 16-11531 (5th Cir. Jan. 19, 2017) (imposing $200 monetary sanction on Petitioner and barring him from filing challenges to one of his convictions unless he first obtains leave of court); *Minnfee v. Simpson*, No. 2:03-cv-00250-J-BB (N.D. Tex. Dec. 9, 2003) (imposing $200 monetary sanction and barring Minnfee from filing any new cases without first obtaining judicial permission); *see also In re Barry Dwayne Minnfee*, No. 17-90017 (5th Cir. Jun 19, 2017) (denying Minnfee's motion for permission to proceed after sanction and reminding Minnfee "that he is barred from filing any pleadings in this court or any court

1

subject to this court's jurisdiction until the sanction has been paid in full" or he obtains judicial permission).

This Court traditionally honors the sanction orders of other Texas federal district courts. *See, e.g., Balawajder v. Scott*, 160 F.3d 1066, 1068 (5th Cir. 1998) (district court in the Southern District of Texas did not abuse its discretion in honoring the sanction order from the Western District of Texas.) Accordingly, Mr. Minnfee's case is dismissed without prejudice to refiling upon his payment of his outstanding sanctions and the prior approval of the Court.

It is therefore **ORDERED** that Barry Dwayne Minnfee's petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE**.

It is finally ordered that, to the extent necessary, a certificate of appealability is **DENIED**. This case is hereby **CLOSED**.

SIGNED this 29th day of June, 2023.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE